IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01990-BNB

MICHAEL L. MARKS, #140607,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Michael L. Marks, is currently incarcerated at the Fremont County Jail in Canon City, Colorado. He initiated this action by submitting a letter to the Court on August 12, 2010.

In an order filed on August 19, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Marks to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Marks was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Marks was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The August 19 order warned Mr. Marks that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Marks has not communicated with the Court since August 12, 2010. Accordingly, he has now failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the August 19 Order. Therefore, Mr. Marks has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Michael L. Marks, to comply with the order to cure dated August 19, 2010.

DATED at Denver, Colorado, this __28th__ day of __September__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01990-BNB

Michael L. Marks
Prisoner No. 140607
FCSO
100 Justice Center Road
Cañon City, CO 81215- CO 81212

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/29/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk